

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2021

No. 04-19-00318-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Cristina B. **ALEXANDER**, as Permanent Guardian of the Person of Carlos Y. Benavides, Jr.;
Carlos Y. Benavides, III; Rancho Viejo Cattle Company, Ltd.; Benavides Management, LLC;
and Linda Cristina Alexander and Guillermo Benavides, as Managers of Benavides
Management, LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Beth Watkins, Justice

The current deadline for appellant's motion for rehearing is December 2, 2021. On December 3, 2021, appellant filed an unopposed motion seeking a four-day extension of that deadline. After consideration, we **GRANT** appellant's motion and **ORDER** her to file her motion for rehearing **by December 6, 2021**.

It is so **ORDERED** on December 6, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT